# Exhibit A

**District 1**

## Case Summary

**Case No. 2026CH02692**

| | | |
|---|---|---|
| **Ryan Eisner-vs-McGuire Law PC,Freed Kanner London & Millen, LLC** | § Location: | **District 1** |
| | § Judicial Officer: | **Calendar, 16** |
| | § Filed on: | **03/20/2026** |
| | § Cook County Attorney Number: | **103233** |
| | § Cook County Attorney Number: | **99500** |
| | § Cook County Attorney Number: | **99550** |

### Case Information

Case Type: Class Actions
Case Status: **03/20/2026 Pending**

### Assignment Information

**Current Case Assignment**

| | |
|---|---|
| Case Number | 2026CH02692 |
| Court | District 1 |
| Date Assigned | 03/20/2026 |
| Judicial Officer | Calendar, 16 |

### Party Information

| | | *Lead Attorneys* |
|---|---|---|
| **Plaintiff** | **Eisner, Ryan**<br>205 North Michigan Avenue, Suite 1950<br>Chicago, IL 60601 | **Ewing, Randall Paul Jr.**<br>***Retained***<br>312-641-9750(W)<br>205 North Michigan AVE<br>STE 1950<br>Chicago, IL 60601 |
| **Defendant** | **Freed Kanner London & Millen, LLC**<br>100 Tri-State International Drive, Suite 128<br>Lincolnshire, IL 60069 | |
| | **McGuire Law PC**<br>55 W. Wacker Drive, 9th Floor<br>Chicago, IL 60601 | |

### Events and Orders of the Court

05/22/2026 **Case Management** (10:30 AM) (Judicial Officer: Atkins, David B.)
Resource: Location CH2102 Court Room 2102
Resource: Location D1 Richard J Daley Center

04/14/2026 Electronic Notice Sent
Party: Plaintiff Eisner, Ryan
Party 2: Attorney Berezney, Steven M.

04/14/2026 Electronic Notice Sent
Party: Plaintiff Eisner, Ryan
Party 2: Attorney Ewing, Randall Paul Jr.

## Case Summary

**Case No. 2026CH02692**

04/14/2026
Electronic Notice Sent
Party: Plaintiff Eisner, Ryan
Party 2: Attorney Zelcs, George A.

04/14/2026
Electronic Notice Sent
Party: Plaintiff Eisner, Ryan
Party 2: Attorney Zelcs, George A.

04/13/2026
Electronic Notice Sent
Party: Plaintiff Eisner, Ryan
Party 2: Attorney Berezney, Steven M.

04/13/2026
Electronic Notice Sent
Party: Plaintiff Eisner, Ryan
Party 2: Attorney Ewing, Randall Paul Jr.

04/13/2026
Electronic Notice Sent
Party: Plaintiff Eisner, Ryan
Party 2: Attorney Zelcs, George A.

04/13/2026
Electronic Notice Sent
Party: Plaintiff Eisner, Ryan
Party 2: Attorney Zelcs, George A.

04/13/2026
Postcard Generated
Party: Plaintiff Eisner, Ryan
Party 2: Attorney Berezney, Steven M.

04/13/2026
Postcard Generated
Party: Plaintiff Eisner, Ryan
Party 2: Attorney Ewing, Randall Paul Jr.

04/13/2026
Postcard Generated
Party: Plaintiff Eisner, Ryan
Party 2: Attorney Zelcs, George A.

04/13/2026
Postcard Generated
Party: Plaintiff Eisner, Ryan
Party 2: Attorney Zelcs, George A.

04/13/2026
Postcard Generated
Party: Defendant Freed Kanner London & Millen, LLC

04/13/2026
Postcard Generated
Party: Defendant Freed Kanner London & Millen, LLC

04/13/2026
Postcard Generated
Party: Defendant McGuire Law PC

04/13/2026
Postcard Generated
Party: Defendant McGuire Law PC

04/09/2026
Summons - Retd P.S.
*Return of Service - McGuire Law PC*
Party: Plaintiff Eisner, Ryan
*Return of Service - McGuire Law PC*

## Case Summary

**Case No. 2026CH02692**

03/26/2026
Summons - Retd P.S.
*Return of Service - Freed Kanner London & Millen LLC*
Party: Plaintiff Eisner, Ryan
*Return of Service - Freed Kanner London & Millen LLC*

03/23/2026
Summons Issued And Returnable
*Summons Directed to Freed Kanner London & Millen LLC and McGuire Law PC*
Party: Plaintiff Eisner, Ryan
*Summons Directed to Freed Kanner London & Millen LLC and McGuire Law PC*

03/20/2026 New Case Filing

03/20/2026
Class Action Complaint Filed (Jury Demand)
Party: Plaintiff Eisner, Ryan
Party 2: Attorney Ewing, Randall Paul Jr.

03/20/2026
Certificate Filed
*Civil Coversheet*
Party: Plaintiff Eisner, Ryan
Party 2: Attorney Ewing, Randall Paul Jr.
*Civil Coversheet*